# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE 5:23CR0500 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHARLES ESQUE |
| | ) | FLEMING |
| v. | ) | |
| | ) | |
| JAYLAND WARE, | ) | |
| | ) | **MOTION FOR** |
| | ) | **PERMISSION TO TRAVEL** |
| | ) | |
| Defendant. | ) | |

The Defendant, Jayland Ware, by and through undersigned counsel, respectfully submits this Motion for Permission to Travel. Defendant Jayland Ware respectfully asks this Court to grant permission for him to travel to Washington D.C. with his mother and sister to spend time with his extended family during the holiday. Mr. Ware plans on leaving for Washington D.C. on December 23 and returning on December 26th. When in Washington D.C., he will stay at the Hampton Inn located on 6th St. NW. Mr. Ware will be available through the number on file with the pretrial officer assigned to his case should the officer or this Court need to reach him.

WHEREFORE, for the reasons so stated in this Motion, Defendant respectfully requests this Honorable Court find the Motion well-taken and grant Defendant permission to travel.

Respectfully Submitted,

/s/ Jospeph Pagano
**Joseph Pagano (0073491)**
*Attorney at Law*
P.O Box 16869

Rocky River, OH 44116
Phone: 216-685-9940

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Defendant Jayland Ware's Motion for Permission to Travel was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 16, 2023.

Respectfully submitted,

/s/ Joseph V. Pagano
JOSEPH V. PAGANO (0073491)
P.O. Box 16869
Rocky River, Ohio 44116
Phone: 216-685-9940

jvpemo@yahoo.com